No. 90–8300. MOSBY v. GAMBLE ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–8301. LONG v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 90–8302. MONTGOMERY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8303. KIRKSEY v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–8304. ARGENTINA v. UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–8305. GUNSBY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 90–8306. DOLCE v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–8307. DOUGLAS v. GOMEZ. Sup. Ct. Cal. Certiorari denied.

No. 90–8308. TAYLOR v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–8309. TOLEDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8310. FLAGG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8311. GAYDEN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–8312. GONZALEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8313. WEBER v. GORENFELD ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–8314. CROSBY v. KEENE ET AL. C. A. 5th Cir. Certiorari denied.